# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Ed W. Bankston
Attorney at Law
P. O. Box 53485
Lafayette LA 70505

Jeffrey Ackermann
Durio, McGoffin, & Stagg
P. O. Box 51308
Lafayette LA 70505

**REHEARING ACTION: August 3, 2016**

**Docket Number: 15   00974-CA**

**DAVID MORTUARY, LLC, ET AL.
VERSUS
ROYAL J. DAVID, ET AL.**

**Appealed from Iberia Parish Case No. 125587**

**BEFORE JUDGES:**

    **Hon. John D. Saunders
Hon. Jimmie C. Peters
D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Mortuary, LLC, et al** has this day been

    **DENIED.**

cc: Nicholas Francis LaRocca  Jr., Counsel for the Appellee
    Raymond E. Allain, Counsel for the Appellee
    Frank Simo Slavich III Esq., Counsel for the Appellee